**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANDRÉ LEON GREAVES, | : | CIVIL ACTION NO. |
| DeKalb Cnty. ID # X0218528, | : | 1:16-CV-04250-WSD-JSA |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LINDA WARREN HUNTER, | : | PRISONER CIVIL RIGHTS |
| HEATHER C. WATERS, | : | 28 U.S.C. § 1983 |
|     Defendants. | : | |

**<u>MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION</u>**

On December 1, 2016, the Court ordered Plaintiff, within 28 days, to submit either the full filing and administrative fees of $400.00 for this action or a financial affidavit seeking leave to proceed *in forma pauperis*. (Doc. 2). The Court warned Plaintiff that his failure to do so might result in the dismissal of this action, as provided in the Local Rules of this Court. (*Id.*). Plaintiff did not respond to that order.

On January 13, 2017, the Court ordered Plaintiff to show cause within 14 days why this action should not be dismissed due to his failure to obey the Court's previous order. (Doc. 3). Once again, Plaintiff has failed to respond.

**IT IS THEREFORE RECOMMENDED** that this case be **DISMISSED without prejudice** because, in violation of the Court's Local Rules, Plaintiff has failed to obey two lawful orders of the Court. *See* LR 41.3.A.(2), NDGa ("The court may,

with or without notice to the parties, dismiss a civil case for want of prosecution if [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case").

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 31st day of January, 2017.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

2